THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD D. SMITH, Appellant, against LEWIS E. KENYON, Respondent.

(Submitted October 2, 1934; decided October 16, 1934.)

*Olin T. Nye* for appellant.
*Arthur R. Ellison* for respondent.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.